UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-25359-COOKE/GOODMAN

KAREN SANTIAGO, *et al.*, *individually
and on behalf of all others similarly situated*,

      Plaintiffs,

vs.

HONEYWELL INTERNATIONAL,
INC., *a Delaware corporation*,

      Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

    THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge, ECF No. 143, regarding the unopposed motion to tax costs and a bill of costs, ECF Nos. 136, 137.

    In his R&R, Judge Goodman recommends that I grant in part and deny in part the motion. ECF No. 143 at 13. The parties have not filed objections to the R&R, and the time to do so has passed.

    I have reviewed the motion to tax costs, the briefing and accompanying exhibits, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

    Accordingly, Judge Goodman's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the motion to tax costs and bill of costs, ECF Nos. 136 and 137, are **GRANTED IN PART AND DENIED IN PART**. The Court will award Defendant Honeywell International, Inc. $1,940.80 in taxable costs, plus interest from the date of the final judgment.

**DONE and ORDERED** in chambers, at Miami, Florida, this 18th day of April 2022.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*